IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN H. CALHOUN                                                                              PLAINTIFF

vs.                                            Civil No. 4:09-cv-04129

MICHAEL J. ASTRUE                                                                            DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On April 13, 2010, Defendant filed a Motion For Involuntary Dismissal or alternatively, Motion to Show Cause. (Doc. No. 7). With this Motion, Defendant sought a dismissal or alternatively a show cause order for Plaintiff's failure to follow this Courts Order directing the filing of briefs for the parties. On February 10, 2010 Plaintiff had been ordered to file his appeal brief by March 12, 2010 and had failed to do so. Plaintiff did not respond or file objections to this motion. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Harry F. Barnes referred this motion to the Honorable Barry A. Bryant for the purpose of making a report and recommendation.

On May 10, 2010, this Court ordered Plaintiff to show cause for his failure to file his appeal brief. Plaintiff was given seven (7) to show cause for his failure to file his appeal brief. This Court informed Plaintiff that failure to do may result in the dismissal of his action. (Doc. No. 8).

Plaintiff has failed to respond to this Court Order and has not filed his appeal brief. It is therefore recommended that Defendant's Motion to Dismiss (Doc. No. 7) be **GRANTED** and Plaintiff's case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  See  *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 26th day of May, 2010.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE