IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN H. CALHOUN                                                                                    PLAINTIFF

vs.                                      Civil No. 4:09-cv-04129

MICHAEL J. ASTRUE                                                                                  DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on May 26, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). Judge Bryant recommends that Defendant's Motion to Dismiss (Doc. No. 7) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and finds that Defendant's Motion to Dismiss (Doc. No. 7) should be and hereby is **granted**. Plaintiff's case is dismissed without prejudice.

IT IS SO ORDERED, this 18th day of June, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge